

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

### NO. WR-83,576-02

### EX PARTE CHARLES HIRSCH, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. F-2007-1760-A IN THE 16TH DISTRICT COURT
### FROM DENTON COUNTY

**YEARY, J., filed a dissenting opinion.**

### <u>DISSENTING OPINION</u>

I dissent for the reasons stated in my dissenting opinion in *Ex parte Fournier*, 473

S.W.3d 789 (Tex. Crim. App. 2015).


FILED: September 14, 2016
DO NOT PUBLISH